UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

**ERICA COULSTON,**

        **Plaintiff,**        Case No.: 2:19-cv-13038-GCS-DRG

v        Honorable George Caram Steeh, III

**CITY OF BIRMINGHAM,
DOWNTOWN DEVELOPMENT
DISTRICT**

        **Defendant**
_____/

| | |
|---|---|
| HEBERLE & FINNEGAN, PLLC | BEIER HOWLETT, P.C. |
| By:  J. Mark Finnegan (P68050) | By:  Mary M. Kucharek (P46870) |
|      Denise M. Heberle (P64145) | Attorneys for Defendants |
| Attorneys for Plaintiff | 3001 W. Big Beaver Road, Suite #600 |
| 2580 Craig Road | Troy, MI  48084 |
| Ann Arbor, MI   48103 | 248-645-9400 |
| 734-302-3233 | Facsimile:  248-645-9344 |
| Facsimile:  734-302-3234 | mkucharek@bhlaw.us.com |
| hffirm@comcast.net | |
| dmheberle@gmailcom | |

_____/

**STIPULATED ORDER IN LIEU OF
MOTION TO VACATE CONSENT DECREE**

The parties, having reviewed the 5th and Final Report Regarding ADA Updates, and acknowledging that all terms of the First Consent Decree, entered in the within cause on May 26, 2020 ECF No. 7, have been met and do not wish

to renew the term of said First Consent Decree, and the Court being fully informed in the premises,

**IT IS HEREBY ORDERED** that the First Consent Decree entered on May 26, 2020, ECF No. 7, in this matter is hereby vacated.

**THIS IS A FINAL ORDER** and disposes of all the pending claims between all of the parties and closes the case.

s/George Caram Steeh
United States District Judge

Dated: February 3, 2025

Approved as to form and content:

| HEBERLE & FINNEGAN, PLLC | BEIER HOWLETT, P.C. |
|---|---|
| By: /s/J. Mark Finnegan with consent<br>    J. Mark Finnegan (P68050)<br>    Denise M. Heberle (P64145)<br>    Attorneys for Plaintiff<br>Dated: 1/24/2025<br>hffirm@comcast.net<br>dmheberle@gmailcom | By: /s/Mary M. Kucharek<br>    Mary M. Kucharek (P46870)<br>    Attorneys for Defendants<br>Dated:1/24/2025<br>mkucharek@bhlaw.us.com |